IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JERRY AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11CV331 |
| | ) | |
| NORTH LIBERTY HIGHWAY GARAGE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiff and Defendant, by counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own costs and attorney fees.

  /s/ Jay Lauer                                    /s/ Peter J. Agostino
Jay Lauer                                         Peter J. Agostino              (#10765-71)
105 East Jefferson Blvd., Suite 220               Anderson Agostino & Keller, P.C.
South Bend, IN 46601                              131 South Taylor Street
                                                  South Bend, IN 46601
*Attorney for Plaintiff*
                                                  *Attorney for Defendant*